F. RICHARD RUDERMAN (SBN 142226)
CHRISTAIN M. KNOX (SBN 171780)
RUDERMAN & KNOX, LLP
1300 National Drive, Suite 120
Sacramento, CA 95834
Telephone: (916) 563-0100
Facsimile: (916) 563-0114

DANIEL R. SHAW
SHAW FIRM
3196 S. Higuera St., Suite E
San Luis Obispo, CA 93401
Telephone: (805) 439-4646
Facsimile: (805) 301-8030

Attorneys for Plaintiff

CYNTHIA GESSFORD (SBN 148927)
BRIAN PLUMMER (SBN 240210)
SIMS, LAWRENCE & ARRUTI
1891 E. Roseville Pkwy, Ste. 180
Roseville, CA 95661
Telephone:  (916) 797-8881
Facsimile:  (916) 253-1544

Attorneys for Defendant
ALTA CALIFORNIA REGIONAL CENTER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMIKO P., a conserved adult; by and through her conservators MARIKO PESHON MCGARRY, RANDOLF PESHON, AND TERESA PESHON,<br><br>Plaintiffs,<br><br>vs.<br><br>ALTA CALIFORNIA REGIONAL CENTER, ON MY OWN INDEPENDENT LIVING SERVICES, INC., AND PLACER ARC,<br><br>Defendants. | Case No. 2:19-cv-00068-KJM-CKD<br><br>**JOINT STIPULATION BETWEEN PLAINTIFF AND DEFENDANT ALTA CALIFORNIA REGIONAL CENTER RE FILING OF PLAINTIFFS' FIRST AMENDED COMPLAINT AND ALTA CALIFORNIA REGIONAL CENTER'S ANSWER TO SAME AND ORDER** |

-1-
JOINT STIPULATION BETWEEN PLAINTIFF AND DEFENDANT ALTA CALIFORNIA REGIONAL CENTER
RE FILING OF PLAINTIFFS' FIRST AMENDED COMPLAINT AND ALTA CALIFORNIA REGIONAL
CENTER'S ANSWER

# I.
# INTRODUCTION

The parties, Plaintiff KIMIKO P., a conserved adult; by and through her conservators MARIKO PESHON MCGARRY, RANDOLF PESHON, AND TERESA PESHON (hereinafter "Plaintiff") and Defendant ALTA CALIFORNIA REGIONAL CENTER (hereinafter "Defendants"), through their respective attorneys of record, hereby jointly stipulate the time period of Defendant to file a responsive pleading in this matter shall be extended for the reasons set forth below.

# II.
# RECITALS/GROUNDS FOR RELIEF

WHEREAS Plaintiff filed her original complaint on January 9, 2019;

WHEREAS Plaintiff served her original complaint on Defendant via Substituted Service on March 7, 2019;

WHEREAS Defendant's responsive pleading to the original complaint was due to be filed no later than March 28, 2019 pursuant to Federal Rules of Civil Procedure; and

WHEREAS Plaintiff intends to file a First Amended Complaint no later than April 18, 2019.

The parties, by and through their respective counsel, agree and stipulate to the following:

1. Defendant Alta California Regional Center will not be required to file a responsive pleading to the original complaint at this time due to the impending First Amended Complaint;
2. Defendant Alta California Regional Center will file a responsive pleading to the First Amended Complaint within the time limits proscribed by Federal Rules of Civil Procedure, Rule 12 after Plaintiff files and serves the amended complaint;
3. Plaintiff will not seek to enter default judgment against Defendant Alta California Regional Center pursuant to Federal Rules of Civil Procedure, Rule 55, or any other mechanism, based on any alleged failure by Defendant Alta California Regional Center to respond to the original complaint.

Dated: April 2, 2019                     RUDERMAN & KNOX, LLP

|   |   |
|---|---|
| | By     /s/ F. Richard Ruderman<br>F. RICHARD RUDERMAN<br>CHRISTAIN M. KNOX<br>Attorneys for Plaintiff |
| Dated: April 2, 2019 | SHAW FIRM |
| | By     /s/ Daniel R. Shaw<br>DANIEL R. SHAW<br>Attorney for Plaintiff |
| Dated: April 5, 2019 | SIMS, LAWRENCE & ARRUTI |
| | By     /s/ Cynthia Lawrence<br>CYNTHIA LAWRENCE<br>BRIAN PLUMMER<br>Attorneys for Defendant<br>ALTA CALIFORNIA REGIONAL CENTER |

**ORDER**

1. The court finds good cause to enter the following order:

    a. Defendant Alta California Regional Center will not be required to file a responsive pleading to the original complaint at this time due to the impending First Amended Complaint;

    b. Defendant Alta California Regional Center will file a responsive pleading to the First Amended Complaint within the time limits proscribed by Federal Rules of Civil Procedure, Rule 12 after Plaintiff files and serves the amended complaint; and,

    c. Plaintiff will not seek to enter default judgment against Defendant Alta California Regional Center pursuant to Federal Rules of Civil Procedure, Rule 55, or any other mechanism, based on any alleged failure by Defendant Alta California Regional Center to respond to the original complaint.

**IT IS SO ORDERED.**

DATED: April 5, 2019.

_____
UNITED STATES DISTRICT JUDGE