CYNTHIA LAWRENCE (SBN 148927)
NICOLE van KLAVEREN (SBN 138561)
SIMS, LAWRENCE & ARRUTI
1891 E. Roseville Pkwy, Ste. 180
Roseville, CA 95661
Telephone:  (916) 797-8881
Facsimile:  (916) 253-1544

Attorneys for Defendant
ALTA CALIFORNIA REGIONAL CENTER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMIKO P., a conserved adult; by and through her conservators MARIKO PESHON MCGARRY, RANDOLF PESHON, AND TERESA PESHON,<br><br>Plaintiffs,<br><br>vs.<br><br>ALTA CALIFORNIA REGIONAL CENTER, ON MY OWN INDEPENDENT LIVING SERVICES, INC., AND PLACER ARC,<br><br>Defendants. | Case No. 2:19-cv-00068-KJM-CKD<br><br>**STIPULATION OF GOOD FAITH SETTLEMENT PURSUANT TO CALIFORNIA CODE OF CIVIL PROCEDURE, SECTIONS 877, *et seq*.**<br><br>Honorable Kimberly J. Mueller<br>Courtroom: 3 |

　　　　IT IS HEREBY STIPULATED by and between plaintiff, KIMIKO P., a conserved adult; by and through her conservators MARIKO PESHON MCGARRY, RANDOLF PESHON, AND TERESA PESHON, Defendant ALTA CALIFORNIA REGIONAL CENTER, Defendant ON MY OWN INDEPENDENT LIVING SERVICES, INC., and defendant PLACER ARC as follows:

　　1.　ALTA CALIFORNIA REGIONAL CENTER, ON MY OWN INDEPENDENT LIVING SERVICES, INC., AND PLACER ARC are defendants in this action.

　　2.　ALTA CALIFORNIA REGIONAL CENTER has settled with plaintiff for waiver of costs and fees and agreement that plaintiff waives right to file an Appeal from any Order from this Court granting ALTA CALIFORNIA REGIONAL CENTER's Motion to Dismiss filed August 27, 2019.

　　3.　ON MY OWN INDEPENDENT LIVING SERVICES, INC has settled with plaintiff for the sum of $15,000.

4. PLACER ARC has settled with plaintiff for the sum of $10,000.

5. Rather than incur the burden expense, and delay in seeking a judicial determination of good faith settlement pursuant to California Code of Civil Procedure sections 877 and 877.6, the undersigned parties agree that the settlement of ALTA CALIFORNIA REGIONAL CENTER, ON MY OWN INDEPENDENT LIVING SERVICES, INC., AND PLACER ARC with plaintiff is in good faith under these code sections.

6. California Code of Civil Procedure section 877 et seq., rather than federal common law, governs the determination of whether the settlement entered into by and between Plaintiff, ALTA CALIFORNIA REGIONAL CENTER, ON MY OWN INDEPENDENT LIVING SERVICES, INC., AND PLACER ARC is in good faith. Where "a district court sits in diversity, or hears state law claims based on supplemental jurisdiction, the court applies state substantive law to the state law claims." (*Mason & Dixon Intermodal, Inc. v. Lapmaster Int'l*, 632 F.3d 1056, 1060 (9th Cir. 2011). "California Code of Civil Procedure section 877 constitutes state substantive law." *Mason & Dixon Intermodal, Inc.*, 632 F.3d at 1060 (holding the district court correctly applied California Code of Civil Procedure section 877 as state substantive law to resolve motion to dismiss pursuant to good faith settlement); Federal Savings & Loan Ins. Corp. v. Butler, 904 F.2d 505, 511 (9th Cir. 1990) (holding that California Code of Civil Procedure section 877 constitutes substantive law); *See also Federal Savings and Loan Ins. Corp. v. Butler*, 904 F.2d 505, 511 (9th Cir. 1990) and *Yanez v. United States*, 989 F.2d 323, 327-28 (9th Cir. 1993.)

7. Pursuant to California Code of Civil Procedure sections 877 and 877.6, all further claims against Defendants ALTA CALIFORNIA REGIONAL CENTER, ON MY OWN INDEPENDENT LIVING SERVICES, INC., and/or PLACER ARC for equitable comparative contribution, or partial or comparative indemnity shall be barred.

///
///
///
///
///

8. This Stipulation may be presented with separate signature pages and by electronic transmission.

Dated: December 30, 2020    SIMS, LAWRENCE & ARRUTI

By     /s/ Cynthia Lawrence
CYNTHIA LAWRENCE
Attorneys for Defendant
ALTA CALIFORNIA REGIONAL CENTER

PERRY, JOHNSON, ANDERSON et al

Dated: December 30, 2020    By    /s/ Sarah Jane T.C. Trong – with permission
Sarah Jane T.C. Truong, Esq
Attorneys for Defendant
ON MY OWN INDEPENDENT LIVING SERVICES, INC

LEVANGIE LAW GROUP

Dated: December 30, 2020    By    /s/ Jeffrey C. Long – with permission
Jeffrey C. Long
Attorneys for Defendant
PLACER ARC

**ORDER**

GOOD CAUSE HAVING BEEN SHOWN AND THE PARTIES HAVINGSTIPULATED TO THE SAME, the Court finds that the above-stated STIPULATION is sanctioned by the Court and shall be and now is the Order of the Court. The Settlement Agreement between plaintiff KIMIKO P., a conserved adult; by and through her conservators MARIKO PESHON MCGARRY,

RANDOLF PESHON, AND TERESA PESHON and defendants ALTA CALIFORNIA REGIONAL CENTER, ON MY OWN INDEPENDENT LIVING SERVICES, INC., AND PLACER ARC is hereby deemed to be a good faith settlement within the meaning and effect of California Code of Civil Procedure §§ 877 and 877.6. Any further claims of any other joint tortfeasors or co-obligors relating to the subject matter of this lawsuit against ALTA CALIFORNIA REGIONAL CENTER, ON MY OWN INDEPENDENT LIVING SERVICES, INC., and/or PLACER ARC for equitable comparative contribution, or partial or comparative indemnity, based on comparative negligence or comparative fault are

hereby barred and dismissed with prejudice pursuant to Code of Civil Procedure Section 877.6, subdivision (c).

**IT IS SO ORDERED.**

DATED: March 23, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATION OF GOOD FAITH SETTLEMENT – USDC Case No. 2:19-cv-00068-KJM-CKD